IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TYRONE ORANGE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 17-0281-MU ) |
| NANCY A. BERRYHILL,<br>Acting Commissioner of Social<br>Security, | ) ) ) ) |
| Defendant. | ) ) |

## **JUDGMENT**

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying Plaintiff benefits be **AFFIRMED**.

**DONE** this the **23rd** day of **February, 2018**.

                                        s/P. BRADLEY MURRAY
                                      **UNITED STATES MAGISTRATE JUDGE**